IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMIRAL BUILDERS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:19-cv-4767 |
| ) | |
| THE PHOENIX INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

Plaintiff, Admiral Builders Corporation, by its undersigned attorneys, for its complaint against Defendant, The Phoenix Insurance Company, states:

1. Plaintiff, Admiral Builders Corporation ("Admiral"), is an Illinois citizen, being an Illinois corporation with its principle place of business in Winfield, Illinois.

2. Defendant, The Phoenix Insurance Company ("Phoenix"), is a Connecticut citizen, being a Connecticut corporation with its principle place of business in Hartford, Connecticut.

3. This Court has subject matter jurisdiction over this matter pursuant to Title 28, U.S.C. § 1332 (c)(1) because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000.

4. Venue is proper in this Court pursuant to Title 28, U.S.C. § 1391 because the events giving rise to his claims occurred in this judicial district. Additionally, Phoenix does business and/or transacts business in this judicial district and, therefore, it is subject to personal jurisdiction in this judicial district and resides here for venue purposes.

5. Phoenix has insured Admiral Builders since 2011.

6. A copy of the Phoenix property and casualty insurance policy issued to Admiral Builders effective as of May 14, 2018 is attached to this Complaint as Exhibit A ("the insurance policy").

7. Under the insurance policy, Phoenix insured Admiral Builders for loss of or damage to covered property resulting directly from employee dishonesty.

8. On or about May 14, 2018, while the insurance policy was in full force and effect, Admiral Builders discovered an employee dishonesty loss.

9. Admiral Builders submitted a claim to Phoenix under the insurance policy for the employee dishonesty loss.

10. Phoenix acknowledged coverage, and paid Admiral Builders $114,517 for the employee dishonesty loss.

11. Admiral Builders has substantially performed all post-loss conditions required by the insurance policy to be performed by it, requested of it, and/or not waived by Phoenix, including, but not limited to (a) giving prompt notice of the employee dishonesty loss to Phoenix, (b) cooperating with Phoenix in its investigation of the employee dishonesty loss and the subsequent claim, (c), submitting a sworn statement in proof of loss to Phoenix, and (d) filing suit against Phoenix within two years of discovering the employee dishonesty loss.

12. Although requested to do so, Phoenix has failed to pay for all of the employee dishonesty loss sustained by Admiral Builders, thus breaching the insurance policy.

13. This breach of the insurance contract was and is the direct and proximate cause of damages to Admiral Builders in an amount in excess of $75,000.

14. This is an action based on a "written instrument" within the meaning of the Illinois Interest Act and, therefore, Admiral Builders is entitled to prejudgment interest.

WHEREFORE, Plaintiff, Admiral Builders Corporation, prays for judgment in its favor and against Defendant, The Phoenix Insurance Company, in an amount in excess of $75,000, plus prejudgment interest and costs.

**Plaintiff Demands Trial by Jury.**

/s/Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
Attorneys for Plaintiff