# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Admiral Builders Corporation

                  Plaintiff,

v.                                         Case No.: 1:19–cv–04767

                                                        Honorable Charles R. Norgle Sr.

The Phoenix Insurance Company

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2020:

      MINUTE entry before the Honorable Charles R. Norgle: Enter {PDF] for minute entry [27]. Case dismissed with prejudice,with each party to bear its own costs [23]. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.